HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JAVIER MESA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>    vs.<br><br>JAVIER MESA,<br><br>       *Defendant.* | Case No. 1:17-cr-00110 DAD<br><br>ORDER FOR RELEASE OF JAVIER MESA TO THE SALVATION ARMY FRESNO ADULT REHABILITATION CENTER ON DECEMBER 4, 2019<br><br>Hon. Dale A. Drozd |

On December 2, 2019, Defendant Javier Mesa appeared before the Honorable Dale A. Drozd for disposition after violating the conditions of his supervised release violation. The Court sentenced Mr. Mesa to time served, and directed that Mr. Mesa remain in custody at the Fresno County Jail until he could be transported to the Salvation Army, Fresno Adult Rehabilitation Center, located at 804 South Parallel Avenue, Fresno CA 93721. Mr. Mesa has already been assessed and deemed eligible for the Salvation Army six-month minimum residential therapy program.

This proposed order is submitted to authorize Mr. Mesa's release from the Fresno County Jail on December 4, 2019, at 8:00 a.m., to the custody of Federal Defender employee Kevin Mitchel, who will transport Mr. Mesa directly to the Salvation Army Rehabilitation Center. Mr. Mesa shall remain in the custody of Kevin Mitchel and not be left alone from the time he exits the

1  jail until he enters the Salvation Army program. Mr. Mesa shall participate fully and comply with

2  all rules and conditions of the Salvation Army Rehabilitation Center for the duration of the

3  program. If for any reason Mr. Mesa is not accepted by the program he is to be returned directly

4  to Fresno County Jail.

5      Date: December 3, 2019

6                                    Respectfully submitted,

7                                    HEATHER E. WILLIAMS
                                     Federal Defender
8

9                                    */s/ Eric V. Kersten*
10                                   ERIC V. KERSTEN
                                     Assistant Federal Defender
11                                   Attorney for Defendant
                                     JAVIER MESA
12

13

14

15                                   **ORDER**

16      **IT IS SO ORDERED.**  On December 4, 2019, at 8:00 a.m., Defendant Javier Mesa shall

17  be released from the Fresno County Jail to the custody of Kevin Mitchel, to be transported

18  directly to the Salvation Army, Fresno Adult Rehabilitation Center, located at 804 South Parallel

19  Avenue, Fresno, California.  The defendant is thereafter to remain in the custody of the Salvation

20  Army Rehabilitation Center staff for the duration of the program.  If, for any reason, Mr. Mesa is

21  not accepted by the program he is to be returned directly to Fresno County Jail by Federal

22  Defender Staff.

23

24  IT IS SO ORDERED.

25   Dated:   **December 3, 2019**          _____
26                                          UNITED STATES DISTRICT JUDGE

27

28